IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01687-CMA-CBS

MICHAEL P. MAROTTA,
    Plaintiff,
v.

COOPER, M., individually and in her official capacity as a Denver Police Officer, and
THE CITY AND COUNTY OF DENVER,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Marotta's "Response to Defendants' Reply in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" ("Surreply") (filed October 14, 2010) (doc. # 20). Currently pending before the court in this civil action is "Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" (doc. # 12). Pursuant to the Order of Reference dated July 22, 2010 (doc. # 2) and the memorandum dated September 28, 2010 (doc. # 15), the Motion has been referred to the Magistrate Judge. Mr. Marotta filed his Response to the Motion on September 29, 2010. (*See* doc. # 17). Defendants filed their Reply to the Motion on October 11, 2010. (*See* doc. # 19). The Local Rules of Practice of the United States District Court for the District of Colorado do not provide for the filing of additional responses to replies, or surreplies. *See* D.C. COLO. LCivR 7.1C. The court is not required to accept any further briefing on the pending Motion. Accordingly,

IT IS ORDERED that briefing on the pending Motion to Dismiss (docs. # 12) is CLOSED. No further briefs will be accepted and may be stricken by the court. The Motion is fully briefed and the court will issue a Recommendation in due course.

DATED at Denver, Colorado, this 15th day of October, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge